Case 2:21-cr-00545-VAP Document 1 Filed 11/30/21 Page 1 of 4 Page ID #:1

FILED
CLERK, U.S. DISTRICT COURT
11/30/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: VM  DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

November 2021 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ELVIS EDGARDO MOLINA,<br><br>　　　　Defendant. | CR 2:21-CR-00545-VAP<br><br>I N D I C T M E N T<br><br>[18 U.S.C. §§ 922(g)(1), (9): Prohibited Person in Possession of a Firearm and Ammunition; 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c): Criminal Forfeiture] |

　　　The Grand Jury charges:

[18 U.S.C. §§ 922(g)(1), (9)]

　　　On or about June 11, 2021, in Los Angeles County, within the Central District of California, defendant ELVIS EDGARDO MOLINA knowingly possessed a firearm, namely, a Ruger, model LCR, .38 Special caliber pistol, bearing serial number 1541-31914, and ammunition, namely, four rounds of Federal Cartridge Company .38 Special caliber ammunition, in and affecting interstate and foreign commerce.

　　　Defendant MOLINA possessed such firearm and ammunition knowing that he had previously been convicted of a felony crime punishable by

a term of imprisonment exceeding one year, namely, Distribution of Methamphetamine, in violation of Title 18, United States Code, Sections 841(a)(1) and (b)(1)(C), in the United States District Court, Central District of California, Case Number CR 13-826-PA, on or about November 17, 2014.

Additionally, defendant MOLINA possessed such firearm and ammunition knowing that he had previously been convicted of a misdemeanor crime of domestic violence, namely, Inflicting Corporal Injury on a Spouse, in violation of California Penal Code Section 273.5(a), in the Superior Court for the State of California, County of Los Angeles, Case Number 4CR04396, on or about April 26, 2004.

FORFEITURE ALLEGATION

[18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]

1.  Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), in the event of defendant's conviction of the offense set forth in this Indictment.

2.  If so convicted, the defendant shall forfeit to the United States of America the following:

(a)  All right, title, and interest in any firearm or ammunition involved in or used in such offense.

(b)  To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3.  Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the defendant, if so convicted, shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has

//

//

//

been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

A TRUE BILL

/S/
Foreperson

TRACY L. WILKISON
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

JOSHUA O. MAUSNER
Assistant United States Attorney
Deputy Chief, General Crimes Section

GREGORY BERNSTEIN
Assistant United States Attorney
General Crimes Section